**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1845**

_____

VERONICA W. OGUNSULA,

Plaintiff - Appellant,

v.

TFC MICHAEL WARRENFELTZ,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen Lipton Hollander, Senior District Judge.  (1:20-cv-02568-ELH)

_____

Submitted:  February 27, 2025                          Decided:  March 6, 2025

_____

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Veronica W. Ogunsula, Appellant Pro Se.  Amy Elizabeth Hott, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Pikesville, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Veronica W. Ogunsula appeals the district court's order granting the Defendant's motion for summary judgment on Ogunsula's 42 U.S.C. § 1983 complaint. We have reviewed the record and discern no reversible error. Accordingly, we deny Ogunsula's motions to reverse on appeal and to amend her informal brief and affirm the district court's order. *Ogunsula v. Warrenfeltz*, No. 1:20-cv-02568-ELH (D. Md. July 30, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*